IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDAR ROGLER**  :
Plaintiff *pro se*

v.   :   CASE NO. 1:08-cv-00570(RMC)

**DHHS and REV. FITZGERALD**  :
**Defendants.**
_____oOo_____

## PLAINTIFF'S ACKNOWLEDGMENT OF SERVICE
## ON DEFENDANT REV. OWEN RAY FITZGERALD

Plaintiff *pro se,* Edar Rogler, hereby submits her acknowledgment of service on Defendant Rev. Owen Ray Fitzgerald as follows:

1. Declaration of Julie Johnson for service on Rev. Owen Ray Fitzgerald dated April 16, 2008, copy of issued summons (04/16/08) attached.  Exh. 1.

**WHEREFORE,** Plaintiff respectfully asserts that service of process has been effectuated in compliance with Fed. R. Civ. P., Rule 4 on Defendant Rev. Owen Ray Fitzgerald.

DATED:  April 18, 2008

Respectfully submitted by:

_____/s/_____
EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on April 18th, 2008 I emailed and mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia  20530.

_____/s/_____
EDAR ROGLER, Plaintiff *pro se*

**RECEIVED**

APR 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

1:08-cv-00570(RMC)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 16, 2008  2:25 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JULIE JOHNSON | Individual Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Rev. Owen Ray Fitzgerald

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ms. Fitzgerald, older woman, greyish hair, dark eyebrows

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 16, 2008       [signature]
                Date                Signature of Server

Julie Johnson
P.O. Box 6634, Annapolis MD 21401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "1"

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

EDAR Y. ROGLER
Plaintiff

v.

US. DHHS
Rev. Owen Ray Fitzgerald
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:08-CV-00570(RMC)

TO: (Name and address of Defendant)

Rev. Owen Ray Fitzgerald
6606 Greyswood Rd
Bethesda, Maryland 20817

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDAR ROGLER
915 BOUCHER AVE
ANNAPOLIS, MD 21403

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    4/16/2008

CLERK                                          DATE

(By) DEPUTY CLERK