~~PRAECIPE~~

# United States District Court
# for the District of Columbia

the **18th** day of **April** ~~19~~ **2008**

**EDAR ROGLER**
vs.
**DHHS, REV. FITZGERALD**

Civil / ~~Criminal~~ Action No. **1:08-cv-00570 CRMC**

Amended NOTICE OF ADR in RELATED CASE

~~The Clerk of said Court will~~

Plaintiff hereby incorporates attached by reference

**Date:** April 18, 2008

**Signature:** [signed]

**Print Name:** EDAR ROGLER

**Address:** 915 BOUCHER AVE

**City:** ANNAPOLIS  **State:** MD  **Zip Code:** 21403

**Phone Number:** (410) 280-9770

**BAR IDENTIFICATION NO.**

RECEIVED
APR 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF SERVICE

I hereby certify that on April 18th, 2008 I mailed postage pre-paid the above motion to AUSA Judith A Kidwell, 555 Fourth Street NW — Civil Division, Room E4905 Washington, DC 20530

[signed] EDAR Y ROGLER

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

April 18, 2008

Hon. Judge Rose Mary Collyer
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: *Rogler v. Biglow*, et al, 1:2007-cv-02308 (RMC)
    *Rogler v. DHHS & Fitzgerald*, 1:07-cv-02308 (RMC)  1:08-cv-00570(RMC)
    *Rogler v. Leavitt*, 1:07-cv-00726 (WMN)

AMENDED NOTICE OF RELATED CASES
NOTICE OF ADR IN RELATED CASE

Dear Your Honor:

To make a long story short, I am wondering if you are of the opinion that *Rogler v. Biglow*, 1:2007-cv-02308 (RMC) and *Rogler v. DHHS & Fitzgerald*, 1:07-cv-02308(RMC) should be transferred to the United States District Court for Maryland. The Agency has stated that it wishes to settle the Privacy Act case and Title VII and has requested ADR with a U.S. Magistrate. Judge Nickerson has ordered ADR with U.S. Magistrate Bredar set for May 7, 2008. My understanding is that the Agency will demand a global settlement. Additionally Judge Bredar has ordered a detailed letter containing all issues for settlement. I believe that Judge Bredar will wish to have all issues briefed by April 30, 2008 that are apart of the ADR settlement discussions and not just the Title VII issues (but I could be wrong).

I understand that the Privacy Act grants the U.S. District Court for the District of Columbia with jurisdiction, but have noticed in other cases you have transferred the case to another venue based upon that venue "should" hear the case as opposed to the D.C. venue can not hear the case. I entered into a retainer agreement with an attorney who wanted the cases to be filed in the District of Columbia, but he has not entered his appearance. See Plaintiff's motion for enlargement of time. (Paper no. 22)

Thank you very much in advance for your anticipated attention to this matter.

Sincerely,

Edar Rogler

cc: AUSA Judith Kidwell