IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDAR ROGLER,                              :
    PLAINTIFF, PRO SE

v.                                        C.A. No.: 1:08-cv-00570(RMC)

WILLIAM BIGLOW, et al                     :
    DEFENDANTS.

...oOo...

**PLAINTIFF'S EMERGENCY AMENDED MOTION FOR RELIEF
FROM CONTINGENCY ENGAGEMENT AGREEMENT
WITH KATOR, PARKS & WEISER, P.L.L.C.**

Plaintiff pro se, Edar Rogler, hereby respectfully amends her motion for relief in regards to the contingency engagement agreement that she entered into on February 15, 2008 with the law firm of Kator, Parks & Weiser, P.L.L.C. for the following reasons:

1. Plaintiff and the law firm of Kator, Parks & Weiser, P.L.L.C. entered into a contingency engagement agreement on February 15, 2008, see Paper no. 22, Exh. 1.

2. Said law firm has never entered its appearance in the above-captioned matter.

3. Plaintiff has declared said contingency engagement agreement to be null and void. See letter from Plaintiff to Attorney Irving Kator dated April 26, 2008 attached hereto as Exh. 1.

4. Plaintiff asserts that Kator, Parks & Weiser, P.L.L.C. has abandoned the Plaintiff.

WHEREFORE Plaintiff moves for an Order declaring that Plaintiff is not represented in the above-captioned matter.

DATED: April 26, 2008

                                          EDAR ROGLER
                                        915 Boucher Avenue
                                        Annapolis, Maryland 21403
                                        (410) 280-9270

**RECEIVED**

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I certify that on April 26, 2008 I caused a copy of the foregoing motion to be mailed, first class, postage prepaid to AUSA Judith A. Kidwell, 555 Fourth Street, N.W., Civil Division, Room E4905, Washington, D.C. and Attorney Irving Kator, Parks & Weiser, P.L.L.C., Suite 1000, 1200 18th Street, N.W., Washington, D.C. 20036-2506.

_____
Edar Rogler

**EDAR ROGLER**
915 Boucher Avenue
Annapolis, Maryland 21403

April 26, 2008

**VIA E-MAIL AND FACSIMILE**

Attorney Irving Kator
Kator, Parks & Weiser, P.L.L.C.
Suit 1000
1200 18th Street, N.W.
Washington, D.C. 20036-2506

RE:   *Rogler v. Biglow et al*, 1:08-cv-00570(RMC)
      *Rogler v. U.S. Dept. Health & Human Services*, 1:2008-cv-00570(RMC)


Dear Mr. Kator:

Clearly you have not entered your appearance on my behalf in the above-captioned matters. Since you have breached our contingency engagement agreement for you to represent me, I hereby declare it to be null and void. I will be asking Judge Collyer to declare that you are not representing me in the above-captioned matters and will provide you with a copy of the motion.

Sincerely,

Edar Rogler

*Exhibit 1*