UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
| Plaintiff *pro se*, | ) ) ) |
| v. | ) Civil Action No. 08-0570 (RMC) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWERS OR OTHER RESPONSES**

Defendants,[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including June 24, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on May 23, 2008.

This is Defendants' first request for an enlargement of time for this purpose. Defendants' counsel attempted to reach Plaintiff at the telephone number appearing on the complaint to obtain her position as to the relief requested. However, counsel was unable to reach Plaintiff, but left a voice mail seeking her position on this motion. As of this date and time, Plaintiff has not responded. Therefore, counsel was unable to obtain Plaintiff's position on the relief requested.

There is good cause for this motion. Defendant Rev. Owen Ray Fitzgerald is sued in his

---

[1] According to Plaintiff's complaint, Defendants are the U.S. Department of Health and Human Services ("DHHS"), and Rev. Owen Ray Fitzgerald, who is sued in his official and personal capacities.

personal capacity and is seeking representation from the U.S. Department of Justice. However, undersigned counsel has not yet received authorization for such representation. Additionally, undersigned counsel needs to obtain additional information from Defendant DHHS in order to prepare a response on behalf of that Defendant. Thus, additional time is needed by counsel to obtain authorization and information, and properly respond to the complaint on behalf of both Defendants. Accordingly, Defendants are requesting an extension of time to and including June 24, 2008, to file their answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 08-0570 (RMC) |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their answers or other responses to the complaint herein, any Opposition thereto, and the entire record herein, it is this _____ day of May, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including June 24, 2008, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Defendants' Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 19th day of May 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

               ___/s/_____
               JUDITH A. KIDWELL
               Assistant U.S. Attorney