UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER,                    ) | |
| )                               | |
| Plaintiff *pro se*,             ) | |
| )                               | |
| v.                              ) | Civil Action No. 08-0570 (RMC) |
| )                               | |
| U.S. DEPARTMENT OF HEALTH AND   ) | |
| HUMAN SERVICES, *et al.*,       ) | |
| )                               | |
| Defendants.                     ) | |

**DEFENDANTS' SECOND MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWERS OR OTHER RESPONSES**

Defendants, the U.S. Department of Health and Human Services and Rev. Owen Ray Fitzgerald, through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including July 8, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on June 24, 2008.

This is Defendants' second request for an enlargement of time for this purpose. Plaintiff has advised undersigned counsel that she opposes all motions for an enlargement of time.

There is good cause for this motion. Defendants intend to file a dispositive motion, but agency counsel, because of a tremendous workload, has been unable to provide undersigned counsel with the final declaration and exhibits needed to accompany the dispositive motion. Thus, additional time is needed by undersigned counsel to obtain a final declaration and exhibits, and complete a dispositive motion for filing with the Court. Accordingly, Defendants are requesting an extension of time until and including July 8, 2008, to file their answers or other

responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

                                                   Respectfully submitted,

                                                   /s/
                                               JEFFREY A. TAYLOR, D.C. BAR # 498610
                                               United States Attorney

                                                 /s/
                                               RUDOLPH CONTRERAS, D.C. BAR # 434122
                                               Assistant United States Attorney

                                               /s/
                                               JUDITH A. KIDWELL
                                               Assistant United States Attorney
                                               555 Fourth Street, N.W.- Civil Division
                                               Room E4905
                                               Washington, D.C. 20530
                                               (202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDAR ROGLER,** ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v.  ) | Civil Action No. 08-0570 (RMC) |
| ) | |
| **U.S. DEPARTMENT OF HEALTH AND** ) | |
| **HUMAN SERVICES,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their answers or other responses to the complaint herein, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including July 8, 2008, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 20th day of June 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                                 /s/
                                      JUDITH A. KIDWELL
                                      Assistant U.S. Attorney