IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR Y. ROGLER,<br>    PLAINTIFF | : |
| VERSUS | : |
| DEPT. HEALTH AND HUMAN SERVICES,<br>& REV. OWEN RAY FITZGERALD<br>    DEFENDANTS. | :   C.A. No.: 1:08-CV-00570(RMC) |

..oOo..

## PLAINTIFF'S CONSENT FOR DEFENDANTS' ENLARGEMENT OF TIME

Plaintiff, *pro se*, hereby respectfully consents to the Defendants' motion for enlargement of time ("Def. DHHS' Mot.")[Dkt. # 9]. Previously the AUSA stated to the Court that the U.S. Attorney's Office does not and will not represent Defendant Rev. O. Ray Fitzgerald. Therefore the Plaintiff wishes for the AUSA to clarify if she is representing Def. Fitzgerald. The Court should take judicial notice that the Defendants have opposed every motion that the Plaintiff has filed in the instant case and related cases to streamline these cases for the Court's benefit as well as unnecessarily opposing Plaintiff's motions for enlargements of time. Defendant has not presented good cause for an enlargement of time.

DATED: June 24, 2008

Respectfully submitted by:

_____
EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008 I e-mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell.

_____
EDAR ROGLER, Plaintiff *pro se*

**RECEIVED**

JUN 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT