UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDAR ROGLER, ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 08-0570 (RMC) |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWERS OR OTHER RESPONSES**

Defendants, the U.S. Department of Health and Human Services ("HHS") and Rev. Owen Ray Fitzgerald, through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including August 11, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on July 9, 2008. This is Defendants' third request for an enlargement of time for this purpose.

There is good cause for this motion. Defendant HHS and Plaintiff are currently attempting to negotiate a settlement to resolve all of Plaintiff's claims, including her claims in this action. Plaintiff contacted undersigned counsel and suggested a 30-day stay of this action to give her adequate time to discuss settlement and seek legal advice. Instead, Defendants agreed to seek an enlargement of time to file their dispositive motion (which is substantially complete) with Plaintiff's consent.

Accordingly, in light of the pending settlement discussions, Defendants are requesting an extension of time until and including August 11, 2008, to file their answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this consent motion for an enlargement of time be granted.

                                Respectfully submitted,

                                /s/
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                                /s/
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                                /s/
                              JUDITH A. KIDWELL
                              Assistant United States Attorney
                              555 Fourth Street, N.W.- Civil Division
                              Room E4905
                              Washington, D.C. 20530
                              (202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EDAR ROGLER,** | ) | |
| Plaintiff *pro se*, | ) | |
| v. | ) | Civil Action No. 08-0570 (RMC) |
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

UPON CONSIDERATION OF Defendants' Consent Motion for An Enlargement of Time to file their answers or other responses to the complaint herein, and the entire record herein, it is this _____ day of July, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including August 11, 2008, to file their answers or other responses to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Consent Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 3rd day of July 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403


　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JUDITH A. KIDWELL
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney