IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

EDAR Y. ROGLER,             :
    PLAINTIFF

VERSUS                      :

US DHHS,                    :
& REV. FITZGERALD               C.A. No.: 1:08-CV-00570(RMC)
    DEFENDANTS.

..o0o..

## JOINT MOTION TO STAY PROCEEDINGS FOR 30 DAYS

Plaintiff, *pro se*, hereby respectfully submits a joint motion to stay the proceedings for thirty days for the parties to discuss settlement of the instant proceedings. Said stay will end on August 9, 2008 and the Defendants' answer or responsive pleading/motion will be due on August 11, 2008.

WHEREFORE, the parties pray for a 30 day stay ending on August 9, 2008.

Respectfully submitted by:

DATED: July 7, 2008

_____
EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008 I mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth St., NW, Civil Division, Room E4905, Washington, D.C. 20530

_____
EDAR ROGLER, Plaintiff *pro se*

### ORDER

It is hereby ORDERED that the stay is _____.

Dated:_____        _____
                                          UNITED STATES DISTRICT JUDGE

RECEIVED
JUL - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT