UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 08-0570 (RMC) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' CONSENT MOTION TO STAY PROCEEDINGS
TO CONDUCT SETTLEMENT DISCUSSIONS**

Defendants,[1] through their undersigned attorneys, hereby respectfully move that the proceedings in this matter be stayed until September 11, 2008, in order for the parties to conduct settlement discussions in this matter.  Plaintiff consents to this motion.

At this time, Plaintiff has one case pending in the District of Maryland,[2] the above-referenced matter, and a *Bivens* suit before this Court (Civil Action No. 07-2308 (RMC)).[3]  In order to conduct settlement discussions, discovery has been stayed in the Title VII matter pending in the District of Maryland.  However, in this case, Defendants' answer or other response to Plaintiff's complaint is due on August 11, 2008.

In order to allow the parties adequate time to attempt to resolve all three of Plaintiff's

---

[1] According to Plaintiff's complaint, Defendants are the U.S. Department of Health and Human Services and Rev. Owen Ray Fitzgerald.

[2] The case in the District of Maryland is a Title VII action.

[3] Defendants in that case will be filing a similar motion to stay the proceeding.

cases, Defendants seek a stay of the proceedings in this matter. In the event that this matter is not resolved during this stay, the parties have agreed that Defendants' answer or other response to Plaintiff's complaint will be due on or before September 18, 2008.

Accordingly, Defendants are requesting a stay of the proceedings in this case until September 11, 2008. For the foregoing reasons, Defendants respectfully request that this motion for a stay be granted.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        JUDITH A. KIDWELL
        Assistant United States Attorney
        555 Fourth Street, N.W.- Civil Division
        Room E4905
        Washington, D.C. 20530
        (202) 514-7250

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDAR ROGLER,** ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 08-0570 (RMC) |
| ) | |
| **U.S. DEPARTMENT OF HEALTH AND** ) | |
| **HUMAN SERVICES,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION OF Defendants' Consent Motion to Stay the Proceedings in this matter until September 11, 2008, and the entire record herein, it is this _____ day of July, 2008,

**ORDERED,** that Defendants' consent motion is **GRANTED**; and it is

**FURTHER ORDERED,** that the proceedings in this matter will be stayed until September 11, 2008; and it is

**FURTHER ORDERED**, that in the event that this matter is not resolved, Defendants answer or other response to Plaintiff's complaint shall be filed on or before September 18, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Defendants' Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copies of the foregoing Consent Motion to Stay Proceedings and proposed Order were sent electronically, and mailed, postage pre-paid, to Plaintiff *pro se*, on this 25th day of July 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                           /s/
                                   JUDITH A. KIDWELL
                                   Assistant U.S. Attorney