UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
|     Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 08-0570 (RMC) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) |
|     Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO FILE EXHIBITS TO DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

Defendants, through undersigned counsel, respectfully move the Court for an order allowing Defendants to file the exhibits to Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment Under Seal. Defendants' motion will be filed on or before August 11, 2008.[1] Undersigned counsel contacted Plaintiff and she indicated that she does not oppose this motion.

Plaintiff's complaint contains allegations of violations of the Privacy Act, 5 U.S.C. § 552a *et seq*. Her complaint raises issues pertaining to another individual's Equal Employment Opportunity Commission proceeding, as well as a termination letter that was issued to Plaintiff by Defendant U.S. Department of Health and Human Services. *See* Complaint ¶¶ 23-25. Because of the personal nature of some of Defendants' exhibits which will be attached to

---

[1] Defendants' answers or other responses to Plaintiff's complaint are due on or before August 11, 2008, and Defendants intend to file a dispositive motion in response to the complaint.

Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment to be filed in response to the allegations in Plaintiff's complaint, Defendants seek an order from the Court permitting these exhibits to be filed under seal.

WHEREFORE, Defendants request that their motion to file the exhibits to Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment Under Seal be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that copies of the foregoing Defendants' Unopposed Motion to File Exhibits to Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment Under Seal and proposed Order were mailed, postage prepaid, to Plaintiff *pro se* at the following address on this 8th day of August, 2008.

Edar Rogler, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403

>                /s/
> JUDITH A. KIDWELL
> ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDAR ROGLER,** ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 08-0570 (RMC) |
| ) | |
| **U.S. DEPARTMENT OF HEALTH AND** ) | |
| **HUMAN SERVICES,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion to file the exhibits to Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment Under Seal, any opposition thereto, and the entire record herein, it is hereby

ORDERED, that Defendants' motion to file Defendants' exhibits to Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment Under Seal is hereby GRANTED, and it is

FURTHER ORDERED, that the accompanying exhibits to Defendants' Motion to Dismiss or Alternatively, Motion for Summary Judgment be kept under seal until further order of this Court.

Dated this _____ day of August, 2008.

_____
United States District Judge

Copies to:

Counsel by ECF

Edar Rogler, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403