UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EDAR ROGLER,** | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0570 (RMC) |
| | ) | |
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING EXHIBITS A THROUGH C UNDER SEAL

The Defendants respectfully request that the Clerk of the Court file the enclosed exhibits under seal pursuant to the Court's Minute Order of August 11, 2008.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the foregoing Notice of Filing Exhibits A through C Under Seal was mailed, postage pre-paid, to Plaintiff *pro se*, on this 11th day of August 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                /s/
                JUDITH A. KIDWELL
                Assistant U.S. Attorney