IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

EDAR Y. ROGLER,  :
    PLAINTIFF

VERSUS  :  Case No.: 1:08-cv-00570(RMC)

U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,  :
& REV. OWEN RAY FITZGERALD
    DEFENDANTS.

..oOo..

## PLAINTIFF'S MOTION FOR CLARIFICATION OF COURT'S ORDERS
[Fed.R.Civ.Pro. Rules 15(c)(3) & 42(a)]

Edar Rogler, Plaintiff *pro se*, hereby respectfully moves for clarification of the Court's orders. In *Rogler v. Biglow, et al.*, 1:07-cv-02308(RMC) the Court's ORDER [Dkt. #72-0] declared Plaintiff's motion to consolidate [Dkt. #50], which moves for said cause of action to be consolidated with the instant cause of action pursuant to Fed.R.Civ.Pro. Rule 42(a) as "moot." Motions to consolidate survive amendments to complaints, unless the amended complaint eviscerates the second later filed separate cause of action to be consolidated with the earlier filed cause of action (which is amended under Fed.R.Civ.P. Rule 15(c)(3)). Plaintiff is interpreting the denial of her motion to consolidate 1:07-cv-02308(RMC) with 1:08-cv-0570(RMC), as meaning that since she has amended 1:07-cv-02308(RMC) to include 1:08-cv-0570(RMC) that the instant cause of action is dead and should be dismissed without prejudice as opposed to being consolidated with the earlier filed action. Does this also mean that Plaintiff will not receive a refund of her three hundred fifty dollar ($350.00) filing fee in the instant action?

RECEIVED
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If Plaintiff has successfully amended her complaint under Fed.R.Civ.P. Rule 15(c)(3) in *Rogler v. Biglow, et al.*, 1:07-cv-02308(RMC) to include the instant complaint, then Plaintiff concedes that the instant complaint should be dismissed without prejudice.

WHEREFORE Plaintiff *pro se* respectfully moves for clarification of the Court's orders in related cases, to wit, Plaintiff prays for an order that the instant complaint has been properly incorporated in *Rogler v. Biglow, et al.*, 1:07-cv-02308(RMC) pursuant to Rule 15(c)(3), justifying the dismissal without prejudice of the instant complaint; or in the alternative, Plaintiff will re-file her motions to consolidate in both cases.

DATED: August 12, 2008

Respectfully submitted by:

EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland 21403
(410) 280-9270

## CERTIFICATE OF SERVICE

I hereby certify that on August 12th, 2008 I mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.

EDAR ROGLER, Plaintiff *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

EDAR Y. ROGLER,     :
   PLAINTIFF

VERSUS     :     Case No.: 1:08-cv-00570(RMC)

U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,     :
& REV. OWEN RAY FITZGERALD
   DEFENDANTS.

..o0o..

### ORDER
### ON PLAINTIFF'S MOTION FOR CLARIFICATION OF COURT'S ORDERS
### [Fed.R.Civ.Pro. Rules 15(c)(3) & 42(a)]

On August 12th, 2008 Edar Rogler, Plaintiff *pro se*, filed her First Amended Complaint pursuant to Fed. R. Civ. P., Rule 15(a) in *Rogler v. Biglow, et al.*, 1:07-cv-02308(RMC). The Court's ORDER [Dkt. #72-0] in said case declared Plaintiff's motion to consolidate [Dkt. #50], which moves for said cause of action to be consolidated with the instant cause of action pursuant to Fed.R.Civ.Pro., Rule 42(a), as "moot." It is ORDERED that Plaintiff's amended complaint in 1:07-cv-02308(RMC) eviscerates the instant later filed separate cause of action, because 1:07-cv-02308(RMC) incorporates the instant cause of action in its entirety and relates back to the date of its filing under Fed.R.Civ.P. Rule 15(c)(3)).

IT IS FURTHER ORDERED THAT the instant action is hereby DISMISSED WITHOUT PREJUDICE.

Dated: _____
                United States District Court Judge

cc: AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia 20530.