UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 08-0570 (RMC) |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF INTENT TO FILE WRITTEN OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION OF COURT'S ORDERS

Defendants, by and through undersigned counsel, respectfully notify the Court that Defendants intend to file a written opposition to Plaintiff's motion for clarification of court's orders within the time prescribed by the Rules of the Court.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Intent to File Written Opposition to Plaintiff's Motion for Clarification of Court's Orders was mailed, postage pre-paid, on this 19th day of August 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

       /s/
JUDITH A. KIDWELL
Assistant U.S. Attorney