UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, )<br>)<br>Plaintiff *pro se*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0570 (RMC) |

DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFF'S MOTION FOR
CLARIFICATION OF COURT'S ORDERS

I. INTRODUCTION

Plaintiff's action herein was filed on April 2, 2008.  *See* Docket No. 1.  On August 11, 2008, Defendants' moved to dismiss Plaintiff's complaint or alternatively, for summary judgment.  *See* Docket Nos. 16, 17, 19.  Among other grounds, Defendants asserted that Plaintiff's action should be dismissed because her suit was barred by a statute of limitations.  On August 12, 2008, the Court ordered Plaintiff to respond to Defendants' motion to dismiss or alternatively, motion for summary judgment by September 26, 2008.  *See* Docket No. 18.

Now, under the guise of seeking clarification from the Court, Plaintiff moves for an order which would permit her to never respond to Defendants' motion by consolidating this action with Plaintiff's Civil Action No. 07-2308.  Furthermore, she attempts to defeat Defendants' statute of limitations argument by requesting that the Court allow her Privacy Act suit to date back to December 21, 2007, the date her complaint was filed in Civil Action No. 07-2308.  *See* Civil

Action No. 07-2308, Docket No. 1.  Such attempts by a licensed attorney to circumvent the Rules of the Court are disingenuous and should not be rewarded.[1]

## II. PLAINTIFF'S MOTION FOR CLARIFICATION SHOULD BE DENIED

Plaintiff seeks to have the Court declare that she properly amended her complaint in Civil Action No. 07-2308.  Yet, she fails to mention that Defendants in Civil Action No. 07-2308 have moved to dismiss her amended complaint.  *See* Docket No. 75.  Moreover, she requests that the Court declare that the two actions be consolidated without ever having made a motion in this case, pursuant to Fed. R. Civ. P. 42, or allowing Defendants an opportunity to challenge such a motion.[2]  Indeed, Plaintiff has offered nothing in her motion for clarification which even suggests that these two actions "involve a common question of law or fact."  Fed. R. Civ. P. 42.[3]

Defendants have filed a dispositive motion in this case.  Plaintiff should be required to respond to that motion.  To allow her to continue to ignore the Rules of the Court only operates to disadvantage Defendants and waste valuable resources.  Accordingly, Plaintiff's motion for clarification should be denied.

                            Respectfully submitted,

                             /s/
                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                            United States Attorney

---

[1] Although *pro se* in this action, according to Plaintiff, she is licensed as an attorney in two states.  Plaintiff titled her motion as one for clarification, but obviously she viewed this as a dispositive motion, since she failed to confer with opposing counsel as required by LCvR 7(m).

[2] Her motion to consolidate her cases, filed in Civil Action No. 07-2308, was denied as moot by Order of the Court dated August 12, 2008.  *See* Docket No. 74.

[3] In fact, Plaintiff's motion fails to comply with LCvR 7(a), because she has provided no memorandum of points and authorities in support for what is clearly a dispositive motion.

       /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

       /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250
Judith.A.Kidwell@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Clarification of Court's Orders and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 19th day of August 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                      /s/
                                JUDITH A. KIDWELL
                                Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDAR ROGLER,** ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 08-0570 (RMC) |
| ) | |
| **U.S. DEPARTMENT OF HEALTH AND** ) | |
| **HUMAN SERVICES,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Clarification of Court's Orders, Defendants' Memorandum of Points and Authorities in Opposition thereto, and the entire record, it is this _____ day of August, 2008,

ORDERED, that Plaintiff's motion is denied; and it is

FURTHER ORDERED, that Plaintiff shall respond to Defendants' motion to dismiss or alternatively, motion for summary judgment by September 26, 2008.

_____
UNITED STATES DISTRICT JUDGE