UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, | ) |
|       Plaintiff *pro se*, | ) |
| v. | ) Civil Action No. 08-0570 (RMC) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) |
|       Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE**

    Defendants, the U.S. Department of Health and Human Services ("DHHS") and Rev. Owen Ray Fitzgerald, through their undersigned attorneys, hereby respectfully request an enlargement of time, until and including ten days after the Court rules on Defendants' motion to dismiss or alternatively, motion for summary judgment, within which to file their opposition to Plaintiff's motion to consolidate. Defendants' opposition is now due on August 28, 2008. This is Defendants' first request for an enlargement of time for this purpose. Plaintiff opposes this motion.

    There is good cause for this motion. Defendants have filed a motion to dismiss or alternatively, motion for summary judgment in this case. Plaintiff has been given until September 26, 2008, to file an opposition. Because Defendants have filed a dispositive motion which may render Plaintiff's motion to consolidate moot, Defendants request that they not be required to respond to Plaintiff's motion to consolidate until after the Court rules on their motion

to dismiss or alternatively, motion for summary judgment.[1]

Accordingly, Defendants are requesting an extension of time until and including ten days after the Court rules on Defendants' motion to dismiss or alternatively, motion for summary judgment, to file any opposition to Plaintiff's motion to consolidate.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/
                JUDITH A. KIDWELL
                Assistant United States Attorney
                555 Fourth Street, N.W.- Civil Division
                Room E4905
                Washington, D.C. 20530
                (202) 514-7250

---

[1] It should be noted that Defendant, DHHS, has already been subjected to Plaintiff's litigation on the almost identical claims in the U.S. District Court for the District of Maryland and the U.S. Court of Appeals for the Fourth Circuit. In fact, her appeal was recently dismissed. *See* Defendants' Exhibit A.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDAR ROGLER, ) | |
| ) | |
| Plaintiff *pro se*, ) | |
| ) | |
| v. ) | Civil Action No. 08-0570 (RMC) |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION OF Defendants' Motion for An Enlargement of Time to file their opposition to Plaintiff's motion to consolidate, any opposition thereto, and the entire record herein, it is this _____ day of August, 2008,

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have until and including ten days after the Court rules on Defendants' motion to dismiss or alternatively, motion for summary judgment to file their opposition to Plaintiff's motion to consolidate.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel by ECF

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time and proposed Order were mailed, postage pre-paid, to Plaintiff *pro se*, on this 20th day of August 2008, to the following address:

Edar Rogler
915 Boucher Avenue
Annapolis, Maryland 21403

                                         /s/
                                  JUDITH A. KIDWELL
                                  Assistant U.S. Attorney

**EXHIBIT A**

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1363

EDAR Y. ROGLER,

        Plaintiff - Appellant,

    v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge. (1:07-cv-01676-WMN)

Submitted:  August 14, 2008        Decided:  August 19, 2008

Dismissed by unpublished per curiam opinion.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Edar Y. Rogler, Appellant Pro Se.  Ariana Wright Arnold, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edar Rogler seeks to appeal the district court's order dismissing without prejudice pursuant to Fed. R. Civ. P. 41(a), her civil action alleging violations of the Privacy Act and several underlying orders. The district court's order stemmed from Rogler's request that the court dismiss her action without prejudice. Rule 41(a) voluntary dismissal without prejudice is not appealable. See <u>Unioil, Inc. v. E.F. Hutton & Co.</u>, 809 F.2d 548, 555 (9th Cir. 1986) (holding that a plaintiff generally may not appeal a voluntary dismissal without prejudice because it is not an involuntary adverse judgment against him), <u>overruled in part on other grounds by</u> <u>In re Keegan Mgmt. Co., Sec. Litig.</u>, 78 F.3d 431, 434-35 (9th Cir. 1996).

Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>