IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

EDAR Y. ROGLER, :
    PLAINTIFF

VERSUS : Case No.: 1:08-CV-00570(RMC)

U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES, :
& REV. OWEN RAY FITZGERALD
    DEFENDANTS.

..oOo..

### PLAINTIFF'S MOTION TO DISMISSAL
[Fed. R. Civ. P., Rule 15(A) & 41]

Edar Rogler, plaintiff pro se, hereby moves that she respectfully moving to the instant civil action *to be dismissed* pursuant to Fed. R. Civ. P., Rule 15 & 41, in that she has successfully amended her complaint in *Rogler v. Biglow*, et al, 07-02308(RMC) to include the parties and claims herein. The Court has ordered that her motion to consolidate the two cases is moot.

Respectfully submitted by:

DATED:  August 28, 2008

_____
EDAR ROGLER, Plaintiff *pro se*
915 Boucher Avenue
Annapolis, Maryland  21403
(410) 280-9270

### CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008 I mailed postage, pre-paid the above motion to AUSA Judith A. Kidwell, 555 Fourth Street, N.W. – Civil Division, Room E4905, Washington, District of Columbia  20530.

_____
EDAR ROGLER, Plaintiff *pro se*

RECEIVED
AUG 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDAR Y. ROGLER,**<br>    **PLAINTIFF** | : | |
| **VERSUS** | : | **Case No.: 1:08-CV-00570(RMC)** |
| **U.S. DEPARTMENT OF**<br>**HEALTH AND HUMAN SERVICES,**<br>**& REV. OWEN RAY FITZGERALD**<br>    **DEFENDANTS.** | : | |

..o0o..

## ORDER

This matter having come before the Court on Plaintiff's motion for dismissal and in view of any oppositions and/or replies, on this _____ day of August, 2008,

IT IS HEREBY ORDERED, that the instant case is DISMISSED.

DATED:                              _____
                                                                UNITED STATES DISTRICT JUDGE